# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 25 EM 2015 |
| Respondent | |
| v. | |
| JESSIE DERRICK BOND, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it requests mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's Post Conviction Relief Act petition within 90 days.